STATE OF NEW JERSEY v. ARNOLD FARMER.

December 12, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. EDMUND J. SPIES.

December 12, 1983.

Petition for certification denied.

JOSEPH PARISO v. COUNTY OF ESSEX.

December 12, 1983.

Petition for certification denied.

EDWARD SMITH v. UNITED STATES PIPE &
FOUNDRY COMPANY.

December 12, 1983.

Petition for certification granted.  (See 191 *N.J.Super.* 454)